IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT DOLEMBA, | ) | |
| on behalf of plaintiff and a class, | ) | |
| | ) | |
| Plaintiff, | ) | 16-cv-3088 |
| | ) | |
| vs. | ) | Honorable Judge Leinenweber |
| | ) | Magistrate Judge Valdez |
| BRANDREP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff Scott Dolemba, through his attorneys Edelman, Combs, Latturner & Goodwin, LLC hereby informs this Court that the parties have reached a settlement which disposes of all claims and resolves the case in its entirety. Plaintiff expects to complete this settlement within the next 14 days and file a Stipulation to Dismiss his individual claims with prejudice and class claims without prejudice, with each party bearing their own costs and attorneys' fees.

Plaintiff respectfully requests that this Court strike all pending dates. A status hearing is scheduled for May 2, 2017 at 9:30am.

Respectfully submitted,

s/ Michelle A. Alyea
Michelle A. Alyea

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michelle A. Alyea
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, Michelle A. Alyea, hereby certify that on April 27, 2017, I caused to be filed the foregoing document via the Court's CM/ECF System, which sent notice of such filing to all counsel of record.

                                                  s/Michelle A. Alyea
                                                  Michelle A. Alyea