IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT DOLEMBA, | ) | |
| On behalf of plaintiff and a class | ) | |
| Plaintiff, | ) | 16-cv-3088 |
| | ) | Honorable Judge Leinenwber |
| vs. | ) | Magistrate Judge Valdez |
| | ) | |
| | ) | |
| BRANDREP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

NOW COME the Parties, by and through their respective attorneys, and pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate and agree to the voluntary dismissal of Plaintiff's individual claims against Defendants with prejudice, and with each party bearing its own costs and attorneys' fees. Plaintiff's class claims are dismissed without prejudice, and with each party bearing its own costs and attorneys' fees. This stipulation of dismissal disposes of the entire action.

Respectfully Submitted,

*s/ Michelle A. Alyea*
Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michelle A. Alyea
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
P: (312) 739-4200

*s/Catherine A. Miller*
Catherine A. Miller, Esq.
Dara Tarkowski, Esq.
Julian Dayal
Catherine.miller@akerman.com
AKERMAN LLP
71 South Wacker Drive, Floor 46
Chicago, IL 60606
Telephone: (312)634-5000

## **CERTIFICATE OF SERVICE**

       I, Michelle A. Alyea, hereby certify that on May 9, 2017, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which caused to be served a true and accurate copy of such filings via email upon the following:

Catherine A. Miller
catherine.miller@akerman.com

Dara Tarkowski
dara.tarkowski@akerman.com

Julian Dayal
julian.dayal@akerman.com

                                                  s/Michelle A. Alyea
                                                  Michelle A. Alyea